UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MASSIELL RODRIGUEZ,

                            Plaintiff,                              **22-CV-9532 (VEC)**

       -against-                                            **ORDER**

WHITE CASTLE SYSTEM INC.,

                            Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to submit a joint status update as to the status of settlement discussions by no later than October 30, 2023.

      **SO ORDERED.**

DATED:    New York, New York
               September 14, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge