```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
  MASSIELL RODRIGUEZ,                                :

                                    Plaintiff,    :

            -against-                             :        22-CV-9532 (VEC)

  WHITE CASTLE SYSTEM INC.,               :        ORDER

                                Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that not later than **November 15, 2023**, the parties must file a joint status report on whether the parties anticipate that this case will be tried or that a settlement will be reached.

**SO ORDERED.**

Date: **November 9, 2023**
      New York, New York

                                                      **VALERIE CAPRONI**
                                            **United States District Judge**